AO 91 (Rev. 11/11) Criminal Complaint                              AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY _____YAR_____ D.C.
**Jan 28, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FORT PIERCE

United States of America )
v. )
**JESUS LOPEZ-RAMIREZ** )  Case No.  25-MJ-00010-SMM
)
)
)
)
_Defendant(s)_

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 18, 2025__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_Complainant's signature_

Angelo Zaravelis, Deportation Officer, ICE/DHS
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 1/28/2025

_Judge's signature_

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations, Criminal Apprehension Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jesus LOPEZ-RAMIREZ ("LOPEZ-RAMIREZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a).

3. On or about January 17, 2025, LOPEZ-RAMIREZ was arrested for the offenses of resisting officer without violence and giving false name while arrested or detained in Martin County, Florida. As part of the booking process, LOPEZ-RAMIREZ was fingerprinted by the Martin County Jail booking officials. The fingerprints were electronically submitted to a DHS database, which alerted ICE to LOPEZ-RAMIREZ's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to LOPEZ-RAMIREZ, which show that he is a native and citizen of Guatemala. Records show that on or about April 3, 2019, LOPEZ-RAMIREZ was ordered removed from the United States, and that on or about April 30, 2019, LOPEZ-RAMIREZ was removed from the United States to Guatemala.

5. LOPEZ-RAMIREZ's fingerprints taken in connection with his January 17, 2025, arrest in Martin County were scanned into a DHS biometric database, which confirmed that the fingerprints belong to the individual previously removed from the United States, that is, Jesus LOPEZ-RAMIREZ.

6. After a search of DHS records, no record was found to exist indicating that LOPEZ-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. On January 27, 2025, I interviewed LOPEZ-RAMIREZ post-<u>Miranda</u>. LOPEZ-RAMIREZ stated that he is a citizen of Guatemala, that he was previously removed from the United States, that he reentered the United States without being inspected, and that he did not request permission to reenter the United States.

8. Based on the foregoing, on or about January 18, 2025, Jesus LOPEZ-RAMIREZ committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __28th__ day of January, 2025.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE